George Tracy Rogers and Others, Respondents, v. George J. Gould and Others, Defendants, Impleaded with Kingdon Gould and Others, Appellants.— Motion granted upon the question whether the executors are suable here without their consent upon the cause of action set forth in the complaint.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Rosa Frank, Appellant, v. Rebecca Witlin, Individually and as Administratrix, etc., Respondent.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of David Hirshfield, as Commissioner of Accounts of the City of New York, Respondent, v. Charles L. Craig, as Comptroller of the City of New York, Appellant.— Motion granted.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of David Hirshfield, as Commissioner of Accounts of the City of New York, Respondent, v. Charles L. Craig, as Comptroller of the City of New York, Appellant.—Motion granted.  Settle order on notice.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Denzer & Nathan, Inc., Respondent, v. Stewart & Sparry, Appellant.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles T. Streeter Construction Company, Appellant, v. William F. Kenny and Others, Respondents.— Motion denied, with ten dollars.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles E. Balthazar, Plaintiff, v. Marie Duquer and Others, Defendants. — Motion granted on condition stated in order.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Alta Donefer, Respondent, v. Nathan Donefer, Appellant.—Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Anna Bohmert, Respondent, v. William R. Bohmert, Appellant.—Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Anna Bohmert, Respondent, v. William R. Bohmert, Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Morris W. Levine, Respondent, v: Max Liebeskind and Another, Appellants. — Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Berson Sydeman Co., Inc., Respondent, v. Waumbeck Manufacturing Company, Appellant.— Motion granted.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Kathryn L. Powers, Respondent, v. Ray M. Powers, Appellant.— Motion granted as indicated in order.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

May Pincus, Plaintiff, v. Alexander H. Pincus, Appellant.  Otto A. Samuels, Respondent.— Motion granted, with ten dollars costs, and respondent directed to accept notice of appeal.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of William C. Abercrombie.  Paul Jones, Plaintiff, v. William C. Abercrombie, Defendant.— Motion denied and stay vacated.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Nettie Lepow, Appellant, v. Alfred Neuberg and Another, Respondents.—